UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUN 2 1 2007

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

LOUIS VEGA,
     a/k/a "Lou,"
LUIS RIVERA,
     a/k/a "Papo,"

           Defendants.

- - - - - - - - - - - - - - - x

**APPLICATION AND
UNSEALING ORDER**

07 Cr. 481

The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make publicly available a copy of the Indictment.

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Rua M. Kelly
Assistant United States Attorney
Southern District of New York
(212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       June __, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293