U.S. Department of Justice



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2007
```

July 16, 2007

**By fax**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Luis Vega</u>, 07 Cr. 481 (PAC)

Dear Judge Crotty:

The parties respectfully request a hearing on the defendant's bail status. Defense counsel has prepared a proposed bail package for the Court's consideration. The parties are available during the afternoon on Tuesday, July 17 or Wednesday, July 18. If those dates are not convenient for the Court, the parties will make themselves available at another time this week.

Thank you in advance for your time and consideration.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc: Edgar DeLeon, Esq.
Telesforo De Valle, Esq.
*Co-counsel for defendant Luis Vega*

[Handwritten endorsement: July 16, 2007 — Application GRANTED SO Ordered. Hearing set for 7/18/07 at 3:00pm, Courtroom 11-C. /s/ Paul Crotty USDJ]

**MEMO ENDORSED**