UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

    -v- : ORDER

LOUIS VEGA, : 07 Cr. 481

    Defendant. :
- - - - - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2007
```

    This Court hereby ORDERS that the defendant, Louis Vega, shall be released on bond pending trial with the following special conditions of release:

1. The defendant shall be released on a $300,000 bond secured by signatures of ten financially responsible persons and the following properties:

    (a) 1404 Sterling Avenue, Joliet, IL (owned by Jose and Hermila Contreras);
    (b) 1006 Maplecrest Street, Joliet, IL (owned by Alfredo Cabrera, Jr.);
    (c) 1202 Sterling Avenue, Joliet, IL (owned by Martin and Sagrario Martinez);
    (d) 1313 E. Cass Street, Joliet, IL (owned by Antonio Muniz)

2. The defendant shall be subject to the following conditions during his release:

    (a) Report to Pretrial Services in the Northern District of Illinois immediately upon his release and thereafter as directed by a Pretrial Services officer;
    (b) Travel restricted to the Northern District of Illinois, Southern District of New York, and Eastern District of New York;
    (c) Refrain from use or possession of narcotic drugs and submit to any method of testing required by Pretrial Services to enforce this condition;
    (d) Surrender license to carry firearms.

3. The defendant shall have until July 31, 2007 to meet these conditions, and the Government shall advise defense counsel and the Court immediately should the defendant not provide the requisite sureties or properties required by this Order.

Dated New York, New York
July 18, 2007
@ 4:15 pm EDT.

_____
Honorable Paul A. Crotty
United States District Court

TOTAL P.002